IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| J.G.B. ENTERPRISES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-680C |
| | ) | (Judge George W. Miller) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court grant an enlargement of time of 30 days, to and including January 22, 2008, within which to prepare and file our response to plaintiff's application for attorney fees. The Government's response is currently due on December 21, 2007. This is our first request for an enlargement of time for this purpose. Defendant's counsel contacted plaintiff's counsel, Joseph A. Camardo, Jr., and was informed that plaintiff does not object to this motion for enlargement of time.

The enlargement of time requested is necessary because, among other matters, defendant's counsel is required to prepare and serve the following: (1) the Government's responses to plaintiff's interrogatories and requests for the production of documents in Cooke v. United States, Fed. Cl. No. 06-748C, by December 7, 2007; (2) the Government's initial disclosures in United States v. Tip Top Pants, Inc., CIT No. 07-00171, by December 10, 2007; and (3) the Government's responses to plaintiff's interrogatories and requests for the production of documents in Kawa v. United States, Fed. Cl. No. 06-448C, by December 21, 2007. Defendant's counsel is also required to prepare and file the Government's brief in Owens v.

Department of Transportation, Fed. Cir. No. 2007-3212, by December 24, 2007. In addition, defendant's counsel is required to take plaintiff's deposition in Kawa on December 7, 2007.

Accordingly, we respectfully request that the Court grant defendant's unopposed motion for an enlargement of time of 30 days, to and including January 22, 2008, in which to file the Government's response.

Respectfully Submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ FRANKLIN E. WHITE, JR.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ MEREDYTH D. COHEN
MEREDYTH D. COHEN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 353-7978
Fax: (202) 514-8624

December 5, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under that on this 5th day of December, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ MEREDYTH D. COHEN