IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JGB ENTERPRISES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-680C |
| | ) | |
| THE UNITED STATES, | ) | (Judge George W. Miller ) |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiff respectfully requests an enlargement of time of Fourteen (14) calendar days, to and including February 22, 2008, to file a Reply to Defendant's Response to Plaintiff's EAJA application.

Counsel for Defendant does not object to the relief requested herein.

The reason for this request is that Defendant's Response has raised numerous issues, and counsel for Plaintiff may be unable to provide the Court with a Reply that properly addresses these issues by the current deadline of February 8, 2008.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion for an enlargement of time, and extend the time for Plaintiff to file a Reply to Defendant's Response by fourteen (14) days from February 8, 2008 to February 22, 2008.

Dated: February 4, 2008

s/Joseph A. Camardo, Jr.
Joseph A. Camardo, Jr.
127 Genesee Street
Auburn, New York 10321
Tel: (315) 252-3846
Fax: (315) 252-3508

Attorney for Plaintiff

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JGB ENTERPRISES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-680C |
| | ) | |
| THE UNITED STATES, | ) | (Judge George W. Miller ) |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of February 2008, a copy of the foregoing Motion for an Enlargement of Time to File a Reply to Defendant's Response to Plaintiff's EAJA Application was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

s/Joseph A. Camardo, Jr.