# In the United States Court of Federal Claims

**No. 01-680 C**

**JGB ENTERPRISES, INC.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion and Order of August 7, 2008 , it was held that plaintiff is entitled to receive attorneys' fees and expenses pursuant to 28 U.S.C. §2412(d).

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff is awarded attorneys' fees and expenses in the sum of $136,040.32, with said sum to be paid by the subject agency as provided for in 28 U.S.C. §2412(d).

John S. Buckley
Acting Clerk of Court

August 8, 2008 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.